UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES HOWARD GALLAHER,<br><br>Defendant. | Case No.  3:18-CR-322-BLW<br>3:19-CR-173-BLW<br><br>**REPORT AND RECOMMENDATION** |

On August 20, 2019, Defendant James Howard Gallaher appeared before the undersigned United States Magistrate Judge for an initial appearance and waiver of indictment on the superseding information filed in Case No. 3:18-CR-322-BLW and to enter a plea to that charge and also to enter a change of plea to the indictment filed in Case No. 3:19-CR-173-BLW, all pursuant to a written plea agreement.  (Dkt. 24, 3:18-CR-322-BLW) (Dkt. 12, 3:19-CR-173-BLW). The Defendant executed a waiver of the right to have the presiding United States District Judge take his plea and change of plea. Thereafter, the Court explained to the Defendant the nature of the charges contained in both the superseding information and indictment, (Dkt. 27, 3:18-CR-322-BLW) (Dkt. 1, 3:19-CR-173-BLW), the maximum penalties applicable, his Constitutional rights, the impact that the Sentencing Guidelines will have, and that the District Judge will not be bound by the agreement of the parties as to the penalty to be imposed.

The Court, having conducted the initial appearance, change of plea, and plea hearing and the Court, having inquired of the Defendant, counsel, and the government, finds there is

**REPORT AND RECOMMENDATION - 1**

a factual basis for the Defendant's guilty pleas, that he entered those pleas voluntarily and with full knowledge of the consequences, and that the pleas should be accepted. The undersigned also ordered a pre-sentence investigation to be conducted and a report prepared by the United States Probation Office.

## **RECOMMENDATION**

### **NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1)      The District Court accept Defendant James Howard Gallaher's pleas of guilty to Count One of the Superseding Information in 3:18-CR-322-BLW (Dkt. 27) and Count One of the Indictment in 3:19-CR-173-BLW (Dkt. 1).

2)      The District Court order forfeiture consistent with Defendant James Howard Gallaher's admission to the Criminal Forfeiture allegations in the Superseding Information, Indictment, and Plea Agreement. (Dkt. 24, 27 in 3:18-CR-322-BLW) (Dkt. 1, 12 in 3:19-CR-173-BLW).

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: August 20, 2019

CANDY WAGAHOFF DALE
U.S. MAGISTRATE JUDGE

**REPORT AND RECOMMENDATION - 2**